_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: December 17, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Jerry Lamone McNeese, Debtor                    Case No. 24-50906-KMS
                                                           CHAPTER 13

ORDER ON MOTION TO DISMISS

On the Motion to Dismiss (Dk #49) filed by the Debtor, the Court finds that the relief requested is appropriate under the facts and the law.

IT IS THEREFORE ORDERED that this case is hereby dismissed.

## END OF ORDER ##

Approved and Prepared by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533