_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 18, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                      CHAPTER 13 PROCEEDING
  JERRY LAMONE McNEESE                          24-50906 KMS
  149 McPhail Rd
  Hattiesburg, MS  39401                          SSN:  XXX-XX-7550

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  INDUSTRIAL CHEMICALS
  attn: Payroll Dept
  4025 MS 35
  COLUMBIA, MS  39429

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net