United States Bankruptcy Court

Southern District of Mississippi

In re:  Case No. 24-50906-KMS

Jerry Lamone McNeese  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2

Date Rcvd: Dec 17, 2025     Form ID: ntcds13v     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerry Lamone McNeese, 149 McPhail Rd, Hattiesburg, MS 39401-9707 |
| 5417161 | + | Community Bank of Mississippi, P. O. Box 265, Laurel, MS 39441-0265 |
| 5389419 | + | Comprehensive Radiolog, PO Box 1725, Hattiesburg, MS 39403-1725 |
| 5389421 | + | Derek Henderson, 1765-A Lelia Dr, Ste 103, Jackson, MS 39216-4820 |
| 5389422 | + | Ferguson Fcu, 1026 E Broad St, Monticello, MS 39654-7702 |
| 5414028 | | John S. Simpson, MSB No. 8525, Simpson Law Firm PA, for BankPlus, a Mississippi Banking Corp, P.O. Box 2058, Madison, MS 39130-2058 |
| 5389425 | + | Marion General, PO Box 1728, Jackson, MS 39215-1728 |
| 5389427 | + | PriorityOne Bank, Derek A. Henderson, Atty. for POB, 1765-A Lelia Dr, Ste 103, Jackson, MS 39216-4820 |
| 5389428 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Dec 18 2025 00:26:00 | BMO Bank N.A., Attn: BMO Bank N.A. Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5389417 | + | EDI: AMSHER.COM | Dec 18 2025 00:26:00 | AmSher Collection, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 5415091 | + | EDI: AISACG.COM | Dec 18 2025 00:26:00 | BMO Bank N.A., c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5413852 | | Email/Text: rboone@simpsonlawfirm.net | Dec 17 2025 19:25:00 | BankPlus, a Mississippi Banking Corporation, c/o Simpson Law Firm PA, P O Box 2058, Madison MS 39130-2058 |
| 5389418 | + | EDI: CRFRSTNA.COM | Dec 18 2025 00:26:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5392290 | | EDI: CRFRSTNA.COM | Dec 18 2025 00:26:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5389420 | + | EDI: CCS.COM | Dec 18 2025 00:26:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5415218 | + | Email/Text: bankruptcy@towerloan.com | Dec 17 2025 19:25:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5389423 | + | Email/Text: bankruptcy@kikoff.com | Dec 17 2025 19:25:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 5395724 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2025 19:35:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5389424 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2025 19:35:12 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5410778 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: ntcds13v | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 5389426 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 17 2025 19:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| | | | Dec 17 2025 19:25:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5401696 | | EDI: PRA.COM | Dec 18 2025 00:26:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 5398696 | | EDI: Q3G.COM | Dec 18 2025 00:26:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5389429 | | EDI: SYNC | Dec 18 2025 00:26:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5389430 | | Email/Text: bankruptcy@towerloan.com | Dec 17 2025 19:25:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BankPlus, A Mississippi Banking Corporation |
| cr | *+ | Community Bank of Mississippi, P. O. Box 265, Laurel, MS 39441-0265 |
| cr | *+ | Credit First NA, PO Box 818011, Cleveland, oh 44181-8011 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| John S. Simpson | on behalf of Creditor BankPlus  A Mississippi Banking Corporation jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jerry Lamone McNeese trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcds13v (12/23)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

Case No.: 24−50906−KMS
Chapter: 13

In re:
   Jerry Lamone McNeese
   149 McPhail Rd
   Hattiesburg, MS 39401

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−7550

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

   You are hereby notified that on December 16, 2025, <u>Jerry Lamone McNeese</u> (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 49). On December 17, 2025, the court entered an *ex parte* order (Dkt. # 50) granting the Debtor's Motion.

   Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 12/17/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790