

# INVOICE

Invoice # 8746
Date: 02/18/2026
Due On: 03/20/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Jerry Lamone McNeese

## 05305-McNeese Jerry Lamone

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | JC | 11/27/2024 | Reviewed Order Granting 1st Application for Compensation; reviewed trustee's site to determine amount of attorney's fees paid to date; drafted Invoice, Notice, 2nd Application for Compensation, Affidavit, Accounting, and proposed Order; drafted memo to TR with same attached for his review and approval; drafted e-mail memo to VM with attached Affidavit for her to obtain TR's signature and notarize. | 0.50 | $155.00 | $77.50 |
| Service | TR | 11/27/2024 | Review fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/02/2024 | Reviewed e-mail memo from TR regarding Notice with Application, Exhibit A, Exhibit B, and proposed Order; reviewed e-mail memo from VM with attached Exhibit C - Affidavit; converted all documents to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Service | JC | 12/03/2024 | Reviewed Declaration of Mailing from CertificateofService.com and converted to e-filing format to prepare 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit B, Exhibit C, and Proposed Order for filing with the Court. | 0.30 | $155.00 | $46.50 |

Invoice # 8746 - 02/18/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 12/04/2024 | Review: 24-50906-KMS Increase/Decrease Plan Payment Document# 41 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/05/2024 | Review: 24-50906-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 42 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/02/2025 | Review: 24-50906-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 47 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/03/2025 | Review: 24-50906-KMS Order on Application for Compensation Document# 45 | 0.10 | $360.00 | $36.00 |
| Service | SA | 10/03/2025 | Incoming Call: ∆ called to inquire about options for his payments due to a recent medical diagnosis; JC was unavailable so I took a message and drafted an email to her regarding ∆ | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/06/2025 | Call Debtor: Reviewed task memo from SA informing debtor requested a call as he was diagnose with cancer and is going to be out of work; reviewed NDC and plan; unsecured debts are 100%; reviewed Pacer for past chapter 7 bankruptcy and case notes regarding conversion; called debtor, left voicemail, drafted text message informing I sent him an e-mail; drafted e-mail to debtor explaining conversion process and attaching conversion packet and requesting bank and pay; inquired the date of his last day of work. | 0.40 | $155.00 | $62.00 |
| Service | JC | 11/12/2025 | Incoming Call: Telephone call from debtor informing he has esophageal cancer; discussed lowering payments and conversion; discussed being behind on debts if he converts; reviewed secured claims with him; he said he did not received previous e-mail; drafted e-mail to debtor explaining conversion process and attaching conversion packet and requesting bank and pay. | 0.40 | $155.00 | $62.00 |
| Service | JC | 11/12/2025 | Incoming Call: Telephone call from debtor informing the creditor said that the attorney would make the decision on how to handle the payments if he converted; explained what he needed to tell the creditor - he said he understood now and will call them | 0.10 | $155.00 | $15.50 |

|  |  |  | again |  |  |  |
|---|---|---|---|---|---|---|
| Service | BB | 11/17/2025 | Incoming Call: Phone conference with debtor requesting to speak with JC. Drafted email memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | CO | 11/17/2025 | Incoming Call: Phone conference with debtor requesting to speak to JC; drafted memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/17/2025 | Contact Debtor (Text/Email): Reviewed e-mail from BB informing debtor filed an insurance claim through work, received $30,000, and cashed it to pay medical bills; drafted e-mail and text message to debtor requesting he send me documentation on the insurance claim. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/17/2025 | Incoming Call: Reviewed e-mail from debtor; telephone call from debtor informing the insurance claim was a critical care claim and asked why I needed the information; informed him that all payouts from insurance must be approved by the BK; he said that is money to pay his medical bills because he has cancer and if he gives me the information, the attorney will take it all; discussed that the attorney doesn't do anything with his money, that the trustee handles all funds; I told him that I didn't know how they would handle it being critical care funds and he said, yeah, right, I will never see another penny of it; he asked how much to get out of his BK; reviewed plan - 100% to unsecured; informed him I can check with the trustee's office; he asked how long that would take and I told him they probably would answer today or tomorrow; he asked about conversion, and I told him I would need the information on the insurance payout to send to the attorney; he said he wants out of the BK, that it is the worst thing he ever did; discussed voluntary dismissal; he said he called and only owes $300 on his car and if he pays it off, will we get the title or will he; informed him that he is not supposed to pay it off if it is in the bankruptcy; he informed in an email that he paid off a credit card with part of the insurance funds - asked which | 0.50 | $155.00 | $77.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | credit card, and he said it was one he got after he filed; informed him that he is not supposed to obtain credit cards or obtain any kind of loan or credit without BK approval; I told him to figure out what he wants to do and call me back. | | | |
| Service | JC | 11/17/2025 | Incoming Call: Telephone call from debtor apologizing for being angry earlier and inquiring if I can send him a list of what is in his bankruptcy; providing NDC website address and case number. | 0.10 | $155.00 | $15.50 |
| Service | CO | 11/20/2025 | Incoming Call: Phone conference with debtor requesting to speak to JC; drafted email memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/21/2025 | Incoming Call: Telephone call from debtor inquiring if I can get a list for the trustee of what he has paid and what he owes on each debt; inquired if he looked at NDC; he said he did not understand it; reviewed NDC and explained how to determine what has been paid and what is owed; he said he knows his car is paid off and asked what would happen if he dismisses; explained to him that the scheduled amount that was paid is $1,300 less than the claimed amount, and if he dismisses, he could be responsible; he said hopefully they will let him make payments. He asked what he should do; informed him that he needs to get the information on the insurance payment to me for the attorney to review, and then, if he doesn't feel he can stay in the BK, then he can make his decision; he said he would get his fiancé to e-mail me the information; he asked when he should call me back; informed him that the attorney and I will be out some and as soon as I get his information and get with the attorney, I will call him. | 0.30 | $155.00 | $46.50 |
| Service | CO | 11/25/2025 | Incoming Call: Phone conference with debtor wanting to review JC received his email; Reviewed JC's emails and confirmed receipt. | 0.10 | $100.00 | $10.00 |
| Service | JC | 12/01/2025 | Reviewed EOB for critical care claim submitted via e-mail by debtor; reviewed confirmed plan; drafted | 0.20 | $155.00 | $31.00 |

Invoice # 8746 - 02/18/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | memo to TR attaching EOB and Plan for his review on how to handle the insurance payment. | | | |
| Service | JC | 12/05/2025 | Contact Debtor (Text/Email): Reviewed e-mail from KR informing debtor called for update on critical care claim; drafted text message to debtor informing the attorney is reviewing and I will get back with him once I hear back from the attorney. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/08/2025 | Contact Debtor (Text/Email): Reviewed memo from TR inquiring if debtor is missing work and losing income, the trustee will probably not require the critical care funds to go through the plan; informed we need to disclose the claim funds; drafted text message to debtor inquiring if he is missing work and losing income. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/09/2025 | Reviewed text message from debtor informing he misses 1-3 days with every treatment and does not get paid; drafted memo to TR regarding same. | 0.10 | $155.00 | $15.50 |
| Service | GM | 12/11/2025 | Incoming Call: Debtor called in regards to him not being able to live off what is left over after his plan payment comes out. I see there's a task to look into converting; advised we're waiting on the attorney to review and get back with us. | 0.10 | $100.00 | $10.00 |
| Service | GM | 12/12/2025 | Incoming Call: Debtor called requesting to speak with Jacki; informed him she was with another client. Debtor declined to leave a message and stated he would call back later. | 0.10 | $100.00 | $10.00 |
| Service | JC | 12/12/2025 | Call Debtor: Reviewed memo from GM informing debtor called and stated he has been trying to talk with me for over a month; reviewed tasks; called debtor - discussed numerous phone calls we have had; informed him that we have to disclose the claim money to the trustee and that TR said they probably will not put it through the plan because he is 100%; he asked about converting - informed him that I will let him know once TR lets me know if the $30,000 will affect converting; he said if he cannot | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | convert he wants to dismiss because he cannot make his plan payments due to missing work for treatments; discussed him returning his conversion documents to help speed the process; drafted follow-up memo to TR. | | | |
| Service | JC | 12/15/2025 | Call Debtor: Reviewed memo from TR regarding debtor converting; called debtor, left voicemail, drafted text message to debtor: Mr. Rollins said if you convert to chapter 7, the trustee will take the critical card money. He said it will be better to voluntarily dismiss your case. If you dismiss your chapter 13 bankruptcy, you will be responsible for any debts that were included in the bankruptcy that remain unpaid. You will be behind on those debts, and creditors may resume collection efforts. If you understand these provisions, do you wish to proceed with voluntarily dismissing your case? | 0.10 | $155.00 | $15.50 |
| Service | CO | 12/16/2025 | Incoming Call: Phone conference with debtor requesting to speak to JC; advised JC was out for the morning but would be back later. Debtor stated he would call back. | 0.10 | $100.00 | $10.00 |
| Service | JC | 12/16/2025 | Incoming Call: Reviewed text message from debtor informing he would like to proceed with voluntarily dismissing his case; telephone call from debtor informing same; discussed that he will be behind on his debts and provided NDC website address. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/16/2025 | Drafted Motion to Dismiss; prepared same for upload to the Court. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 12/18/2025 | Review: 24-50906-KMS Order on Motion To Dismiss Debtor Document# 50 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/18/2025 | Review: 24-50906-KMS Release of Wages Document# 51 | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/23/2025 | Draft Fee Application, Notice and Proposed roder: Reviewed Orders Granting 1st and 2nd Applications for Compensation and 1st and 2nd invoices; entered information into Lodestar Analysis spreadsheet and | 0.50 | $155.00 | $77.50 |

Invoice # 8746 - 02/18/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; still an amount on hand; drafted e-mail to Fonda inquiring if more attorney's fees will be disbursed; began drafting Final Application for Compensation, Notice, Affidavit, and proposed Order. | | | |
| Service | JC | 12/30/2025 | Reviewed e-mail from Fonda informing additional attorney's fees will be paid with January disbursements. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/07/2026 | Reviewed TT's site; additional attorney's fees not yet disbursed. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/16/2026 | Reviewed TT's site; additional attorney's fees not yet disbursed. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/22/2026 | Reviewed TT's site; additional attorney's fees not yet disbursed. | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/02/2026 | Incoming Call: Phone conference with debtor about the yearly summary he received; explained that it was just the amount that was paid in to the Trustee showing explanation of all payments | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/11/2026 | Reviewed TT's site; additional attorney's fees not yet disbursed. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/18/2026 | Reviewed trustee's site to determine amount of attorney's fees paid to date; continued drafting Final Application for Compensation and proposed Order. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$1,138.00** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/02/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $57.72 | $57.72 |
| | | | **Expenses Subtotal** | | **$57.72** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.2 | $360.00 | $72.00 |
| | Thomas Rollins | Attorney | 0.5 | $360.00 | $180.00 |

Invoice # 8746 - 02/18/2026

| | | | | |
|---|---|---|---|---|
| Shaton Andrews | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 5.1 | $155.00 | $790.50 |
| Grayson Morrison | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Clara Ortega | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Kerri Rodabough | Non-Attorney | 0.1 | $155.00 | $15.50 |
| | | | **Subtotal** | **$1,195.72** |
| | | | **Total** | **$1,195.72** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6700 | 08/24/2024 | $3,058.09 | $0.00 | $3,058.09 |
| 7275 | 12/27/2024 | $1,772.41 | $0.00 | $1,772.41 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8746 | 03/20/2026 | $1,195.72 | $0.00 | $1,195.72 |
| | | | **Outstanding Balance** | **$6,026.22** |
| | | | **Total Amount Outstanding** | **$6,026.22** |