**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Jerry Lamone McNeese, Debtor                    Case No. 24-50906-KMS
                                                                            **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $3,039.00 | $19.09 | $3,058.09 | 21 | 08/20/2024 |
| $1,732.50 | $39.91 | $1,772.41 | 45 | 12/27/2024 |
| $2,301.99 | $57.72 | $1,195.72 | n/a | n/a |
| $5,909.50 | $116.72 | $6,026.22 | | |



# INVOICE

Invoice # 6700
Date: 07/25/2024
Due On: 08/24/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Jerry Lamone McNeese
149 McPhail Rd.
Hattiesburg, MS 39401

## 05305-McNeese Jerry Lamone

## Ch 13 hourly - Jerry

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | JC | 03/01/2024 | Reviewed credit report and selected debts to import/exclude; drafted e-mail to debtor attaching credit report for his/her review and reference. | 0.20 | $155.00 | $31.00 |
| Service | AA | 03/05/2024 | Contact Debtor (Text/Email): Phone conference with debtor requesting what chapter would he be filing. Informed debtor that until we receive documents the attorney will not be able to decide the case filing. | 0.10 | $100.00 | $10.00 |
| Service | AA | 03/08/2024 | Contact Debtor (Text/Email): Drafted email to debtor introducing myself , and required documents needed for filing; followed up with text to inform of email. | 0.20 | $100.00 | $20.00 |
| Service | AA | 03/08/2024 | Reviewed debtor credit report for student loan; no loans listed. | 0.10 | $100.00 | $10.00 |
| Service | AA | 03/14/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting a update on documents needed to file. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 03/22/2024 | Incoming Call: Debtor called to schedule document drop off | 0.10 | $100.00 | $10.00 |
| Service | KAR | 03/22/2024 | Document drop off appointment, answered questions re: documents | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/01/2024 | Review and organize documents provided by debtor: Reviewed and organized bills, | 0.50 | $100.00 | $50.00 |

Invoice # 6700 - 07/25/2024

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | pay, bank, tax, GIP, License and SS card |  |  |  |
| Service | KAR | 04/01/2024 | Review and organize documents provided by debtor: Reviewed and organized loan agreement for Tower loan | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting remaining bank and pay; also sent text | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/04/2024 | Incoming Call: Debtor called inquiring on whether or not I received his email with the documents I requested; drafted email back to debtor letting him know that I had received his documents | 0.10 | $100.00 | $10.00 |
| Service | BM | 04/05/2024 | Initial review of all documents: Information packet, pay stubs, tax returns, bank statements | 0.30 | $100.00 | $30.00 |
| Service | KR | 04/09/2024 | Incoming Call: Telephone conference requested an update; stated that he has not heard from anybody; he has to check to on the MSDoR debt not sure if he still owes; he does not know the payoff date for his 401k will find out that also; he will get the information for the Radiology bill; stated that he only has one page for the cash app statement due to no transactions; | 0.30 | $155.00 | $46.50 |
| Service | KAR | 04/09/2024 | Review and respond to email memo: Reviewed memo from KR left stating that the debtor wanted an update on his case - she told him what she needed and he asked that I email him a list of what I needed; reviewed file for what was needed - drafted email to debtor containing remaining documents/information as well as to complete the ccc | 0.20 | $100.00 | $20.00 |
| Service | KAR | 04/12/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting that he review the email I sent on 4/9 and get back to me | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/17/2024 | Incoming Call: Telephone conference with debtor inquiring on whether I had received his responses to the information I requested from him on 04/09; let the debtor know that I only received part of the information and to please send the rest - told him I would send a text with everything I need | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/17/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting additional GIP info and the remaining pages of his January and March cashapp statements | 0.10 | $100.00 | $10.00 |

Invoice # 6700 - 07/25/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 04/25/2024 | Incoming Call: Telephone call from debtor asking what information is still needed from him; reviewed text from KAR to him and discussed same; discussed payoff date for 401k; discussed info still needed; text to debtor with info still needed. | 0.20 | $155.00 | $31.00 |
| Service | BB | 04/25/2024 | Incoming Call: Phone conference with debtor requesting kar email. Provided email address. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/25/2024 | Review email from debtor: Reviewed email from debtor containing additional screen shots of cashapp bank statements - still was not all of the pages of the statement; drafted email to debtor requesting that he send all pages of January and March statements | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/29/2024 | Review email from debtor: Reviewed email from debtor containing pg. 3 of March and January cashapp; drafted email to debtor requesting pg. 2 of January cashapp and for him to complete page 5 of GIP. | 0.20 | $100.00 | $20.00 |
| Service | KAR | 04/30/2024 | Review and organize documents provided by debtor: Reviewed, merged and organized additional pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/30/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting pg. 5 of GIP | 0.10 | $100.00 | $10.00 |
| Service | BM | 05/01/2024 | Reviewed file to determine if we have all documents needed for attorney review, April pay stubs and bank statements still needed. | 0.20 | $100.00 | $20.00 |
| Service | KAR | 05/01/2024 | Review email from debtor: Reviewed email from debtor asking for another copy of pg. 5 of GIP and an explanation of what he needed to put on it; tried to email back a copy and explain that he needed to put number amounts by the items he has - email bounced back | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/02/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized pg. 5 of GIP provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/02/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting April bank and pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/07/2024 | Review email from debtor: Reviewed email from debtor inquiring on whether I received his email with his remaining GIP pages; | 0.10 | $100.00 | $10.00 |

|  |  |  | drafted email to debtor letting him know that I received it, but that we were having technical difficulties with yahoo sending back all of our emails last week |  |  |  |
|---|---|---|---|---|---|---|
| Service | KAR | 05/08/2024 | Incoming Call: Telephone conference with debtor regarding whether or not I received pg. 5 of his GIP - let him know that I had received it; also told him that I still need his April bank and pay - debtor said he would get it to me but that it might be the first of next week before he can get it sent to me | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/10/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized additional bank | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/13/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized additional bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/13/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting all April pay as soon as possible | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/14/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized additional pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | BM | 05/15/2024 | Final review of all documents to prepare for case input | 0.20 | $100.00 | $20.00 |
| Service | JAC | 05/16/2024 | Review HD task that all docs are present & case is ready for input. Review matter for emergency contacts. Assign task lists for preparation of case | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/20/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR, research Lexis Public Records | 0.30 | $360.00 | $108.00 |
| Service | JAC | 05/20/2024 | Prepare matrix for ∆ to review | 0.10 | $360.00 | $36.00 |
| Service | KAR | 05/20/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting 2 emergency contacts | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/21/2024 | Reviewed GIP and updated address in clio to match address on GIP | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/21/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting color copy of Driver's License | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/21/2024 | Review and organize documents provided | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | by debtor: Reviewed and organized color copy of driver's license | | | |
| Service | KAR | 05/21/2024 | Review email from debtor: Reviewed email from debtor containing emergency contacts; updated in related contacts | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/22/2024 | Contact Debtor (Text/Email): Drafted email to debtor including creditor matrix for his review | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/22/2024 | Begin work on schedule A/B | 0.20 | $360.00 | $72.00 |
| Service | KAR | 05/23/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting vehicle information on his side-by-side | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/29/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting he complete a vehicle page or page 22 of the GIP for his side-by-side | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/31/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized additional GIP pages | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/31/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting May bank and pay | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/31/2024 | review clio memo re: missing info rec'd | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/03/2024 | Input Case - prepare schedules, SOFA. Calculate income for MT, missing May pay to finish out | 0.30 | $360.00 | $108.00 |
| Service | KAR | 06/03/2024 | Review and organize documents provided by debtor: Reviewed, converted from jpeg to pdf, merged, and organized additional bank provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | KAR | 06/03/2024 | Contact Debtor (Text/Email): Drafted email to debtor for May pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/05/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized additional pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/05/2024 | review email memo re: have all May pay to finish out case prep | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/06/2024 | Calculate may income for MT, calculate plan payment, prepare I and J | 0.20 | $360.00 | $72.00 |
| Service | JAC | 06/06/2024 | draft email to debtor with bankruptcy plan payment, explain why debtor cannot file a 7 | 0.20 | $360.00 | $72.00 |
| Service | KR | 06/07/2024 | Incoming Call: Telephone conference with | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor about his plan options; stated his pay schedule will change; also wanted to talk to JC; transferred call to JC | | | |
| Service | JC | 06/07/2024 | Incoming Call: Telephone call from debtor wanting to know if Priority One is included in his BK; reviewed matrix and told him it is; told him all creditors listed on the matrix he received is included; he said he doesn't remember getting it and requested I resend; drafted e-mail to debtor attaching same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/10/2024 | Incoming Call: Telephone call from debtor inquiring how much his payments will be bi-weekly. Reviewed e-mail sent to debtor to obtain monthly amount; informed debtor how much his bi-weekly amount will be; debtor informed that Tower Loan debt is less now; discussed same; he will send proof of the current amount due. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/11/2024 | Contact Debtor (Text/Email): Reviewed Tower Loan account ledger submitted by debtor; drafted e-mail to Jen attaching same; drafted reply e-mail to debtor inquiring if he is ready to file. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/12/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring why Tower Loan received an insurance payment; drafted text message to debtor inquiring same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/14/2024 | Call Debtor: Reviewed text from debtor regarding Tower Loan payment; called debtor; he hit a deer and his truck was damaged but not totaled; he did not have insurance on the truck at the time, but he filed a claim on the insurance on the loan - that was the payment; drafted memo to JAC informing same; discussed again what his payments would be; he asked if Tower Loan would try to repossess once he filed; explained that they will be paid through the bankruptcy; he wanted to know when he would get his title back - told him at the end of the bankruptcy; he said he still needs more time to think about filing. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/17/2024 | Review email from JC re: truck - recalculate plan payment with lower amt owed to TL | 0.20 | $360.00 | $72.00 |
| Service | JC | 06/17/2024 | Contact Debtor (Text/Email): Reviewed memo from JAC providing new payment plan amount; drafted text message to debtor providing same. | 0.10 | $155.00 | $15.50 |

Invoice # 6700 - 07/25/2024

| Service | JC | 06/18/2024 | Call Debtor: Telephone conference with debtor to inquire if he is ready to proceed with filing; he wants to sit down with attorney and discuss before he files; explained signing appointment is used for that. | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | JAC | 06/18/2024 | review clio memo re: Δ ready to file | 0.10 | $360.00 | $36.00 |
| Service | BM | 06/18/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/21/2024 | Contact Debtor (Text/Email): Drafted follow up text to debtor to inquire if he has any questions about the Ch 13 fee agreement | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/21/2024 | Call Debtor: Debtor mentioned he had questions about the Ch 13 Fee Agreement. Called to address questions, left a voicemail. | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/21/2024 | Incoming Call: Call with debtor to address questions about the Ch 13 fee agreement. Also discussed what he can expect at signing appointment with attorney. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 06/26/2024 | review clio memo re: Δ scheduled for signing appt | 0.10 | $360.00 | $36.00 |
| Service | BM | 06/26/2024 | Incoming Call: Call from debtor asking about removing Tower Loan from his Ch 13 plan, explained that is something he can discuss further with the attorney at his signing on Friday. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/27/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | JC | 06/28/2024 | Prepared signature pages for debtor's execution. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 06/28/2024 | Assisted TR w/ signing appointment - TR appeared via video - I obtained signatures from client after they concluded their meeting w/ TR | 0.50 | $100.00 | $50.00 |
| Service | TR | 06/28/2024 | Conference w/ client to review and revise petition, schedules, statements and plan | 0.60 | $360.00 | $216.00 |
| Service | JAC | 06/28/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | JC | 06/28/2024 | Contact Debtor (Text/Email): Drafted text message to debtor providing case number. | 0.10 | $155.00 | $15.50 |

| Service | JC | 07/01/2024 | Contact Debtor (Text/Email): Reviewed Plan; drafted bankruptcy plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same. | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | JC | 07/01/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying. | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/02/2024 | Review: 24-50906-KMS Meeting of Creditors Chapter 13 Document# 10 | 0.10 | $360.00 | $36.00 |
| Service | BM | 07/03/2024 | Incoming Call: Call from debtor to confirm Trustee's mailing address to submit payments until the wage order starts. Texted him the Trustee's mailing address. | 0.20 | $100.00 | $20.00 |
| Service | BM | 07/03/2024 | Confirmed with debtor how he would like to attend his Meeting of Creditors, he will be coming to our Hattiesburg office. Scheduled on the calendar. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/05/2024 | Review: 24-50906-KMS Order Upon Employer Directing Deductions from Pay Document #12 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/08/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $360.00 | $108.00 |
| Service | JC | 07/08/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Expense | BB | 07/08/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $18.40 | $18.40 |
| Service | JC | 07/08/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/10/2024 | Review: Proof of Claim 24-50906-KMS CREDIT FIRST NA Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/12/2024 | Reviewed Credit First's POC; drafted objection to same; drafted memo to TR attaching POC and Objection for his approval. | 0.40 | $155.00 | $62.00 |
| Service | JAC | 07/15/2024 | Review: Proof of Claim 24-50906-KMS Priority One Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/15/2024 | Review: 24-50906-KMS Docket Entry #14 has been updated Document #14 | 0.10 | $360.00 | $36.00 |

Invoice # 6700 - 07/25/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 07/15/2024 | Review: 24-50906-KMS Docket Entry #16 has been updated Document #16 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/15/2024 | Review and approve objection to POC drafted by JC | 0.20 | $360.00 | $72.00 |
| Service | JC | 07/15/2024 | Reviewed memo from TR regarding Objection; revised same; converted to pdf format and separated Notice, Motion, and Order into separate documents in preparation for filing with the Court; prepared all documents and envelope for mailing to the creditor. | 0.30 | $155.00 | $46.50 |
| Expense | JC | 07/15/2024 | Postage: Objection to Credit First. | 1.00 | $0.69 | $0.69 |
| Service | KAR | 07/15/2024 | Review email from debtor: Reviewed email from debtor including June pay stubs and June bank for First Southern; drafted email to debtor requesting a clearer image of his last June pay stub as well as his June Cashapp statement | 0.20 | $100.00 | $20.00 |
| Service | KAR | 07/16/2024 | Review and organize documents provided by debtor: Reviewed and organized clearer images of debtors June pay stubs and organized in file | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/16/2024 | Review and organize documents provided by debtor: Reviewed and organized June Cashapp provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/17/2024 | Review email from debtor: Reviewed email from debtor requesting the name and mailing address for his Trustee for sending in Ch. 13 payments; drafted email to debtor including the name and mailing address of debtor's Trustee | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/17/2024 | Reviewed debtor's schedule for all bank accounts; reviewed and organized all required TT documents including bank statements, a copy of driver's license and social security card, tax, and pay | 0.40 | $100.00 | $40.00 |
| Service | JAC | 07/18/2024 | Review: Proof of Claim 24-50906-KMS LVNV Funding, LLC Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/18/2024 | Review: Proof of Claim 24-50906-KMS LVNV Funding, LLC Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/22/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/23/2024 | Review email from debtor: Reviewed email from debtor stating he will check on the status of his wage order on his check on | 0.10 | $100.00 | $10.00 |

|         |    |            | Friday.                                                                              |      |          |        |
|---------|----|------------|--------------------------------------------------------------------------------------|------|----------|--------|
| Service | TR | 07/23/2024 | Review: 24-50906-KMS Personal Financial Management Course (Certificate) Document# 18 | 0.10 | $360.00  | $36.00 |
| Service | TR | 07/25/2024 | Review and revise itemziations                                                       | 0.20 | $360.00  | $72.00 |

| Time Keeper              | Position     | Quantity | Rate     | Total     |
|--------------------------|--------------|----------|----------|-----------|
| Jennifer Curry Calvillo  | Attorney     | 3.6      | $360.00  | $1,296.00 |
| Thomas Rollins           | Attorney     | 1.3      | $360.00  | $468.00   |
| Adreanna Aldairiah       | Non-Attorney | 0.5      | $100.00  | $50.00    |
| Brooke Brueland          | Non-Attorney | 0.3      | $100.00  | $30.00    |
| Jacki Curry              | Non-Attorney | 2.6      | $155.00  | $403.00   |
| Breanne McDaniel         | Non-Attorney | 1.6      | $100.00  | $160.00   |
| Kirsten Raimey           | Non-Attorney | 5.7      | $100.00  | $570.00   |
| Kerri Rodabough          | Non-Attorney | 0.4      | $155.00  | $62.00    |
|                          |              |          | **Total**| **$3,058.09** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On     | Amount Due | Payments Received | Balance Due |
|----------------|------------|------------|-------------------|-------------|
| 6700           | 08/24/2024 | $3,058.09  | $0.00             | $3,058.09   |
|                |            |            | Outstanding Balance | $3,058.09 |
|                |            |            | Total Amount Outstanding | $3,058.09 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 7275
Date: 11/27/2024
Due On: 12/27/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Jerry Lamone McNeese

## 05305-McNeese Jerry Lamone

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 07/25/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for attorney and expense fees; drafted First Application for Compensation and Proposed Order; drafted email memo to TR re: review Application for Compensation | 0.20 | $155.00 | $31.00 |
| Service | TR | 07/25/2024 | Review and approve fee application drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/25/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice with the Declaration of Mailing attached, Application from Compensation, the invoice and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 07/31/2024 | Review: Proof of Claim 24-50906-KMS LVNV Funding, LLC Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/31/2024 | Review email from debtor: Reviewed email from debtor stating his wage order has started. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/02/2024 | Review and organize documents provided by debtor: Reviewed and organized additional bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/05/2024 | Reviewed Schedule B for all bank accounts; reviewed documents compiled by KAR as requested by trustee for 341 MOC creditors including bank | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | statements, tax returns, pay advice, and copy of driver's license and Social Security card; submitted all documents via online portal to trustee. | | | |
| Service | JC | 08/05/2024 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 08/08/2024 | Review and organize documents provided by debtor: Reviewed and organized remaining July pay provided by debtor via drop off | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/08/2024 | In-house conference with debtor inquiring about whether Direct TV and State taxes were included in his bankruptcy; reviewed matrix; neither are listed; discussed he can pay State but needs to add Direct; informed he can add both if he wants and discussed increase in plan payments; drafted text message to debtor listing information needed to add the debt. | 0.20 | $155.00 | $31.00 |
| Service | TR | 08/08/2024 | Ch 13 Meeting of Creditors | 0.40 | $360.00 | $144.00 |
| Service | BB | 08/09/2024 | Reviewed voicemail from creditor for this debtor. Forwarded voicemail to jc. | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/14/2024 | Reviewed voicemail from AIS requesting a call; called AIS, had a very, very hard time understanding what caller was wanting; she kept saying she needed the year, make, and model of the vehicle; I told her numerous times, that I did not call them, that I was returning their call; she finally asked if BMO Bank was on the BK; reviewed matrix and trustee's site - not listed; she asked for a copy of the matrix to make sure; in assured her that BMO Bank was not listed on the BK. | 0.30 | $155.00 | $46.50 |
| Service | TR | 08/21/2024 | Review: 24-50906-KMS Order Regarding Objection to Claim Document# 22 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/27/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/28/2024 | Review: Proof of Claim 24-50906-KMS Midland Credit Management, Inc. Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/28/2024 | Review: 24-50906-KMS Order Confirming Chapter 13 Plan Document# 26 | 0.10 | $360.00 | $36.00 |

Invoice # 7275 - 11/27/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BB | 08/30/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed NDC website and confirmed the Trustee is receiving payment. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 09/04/2024 | Review: Proof of Claim 24-50906-KMS LVNV Funding, LLC Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/05/2024 | Review: Proof of Claim 24-50906-KMS BankPlus, a Mississippi Banking Corporation Document # 11 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/06/2024 | Review: Proof of Claim 24-50906-KMS Gulfco of Mississippi, LLC Document # 13 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 09/06/2024 | Review: Proof of Claim 24-50906-KMS BMO Bank N.A. Document # 12 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 09/09/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.10 | $360.00 | $36.00 |
| Service | BB | 09/09/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting required information on a missing debt. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/10/2024 | Incoming Call: Telephone conference with debtor to collect information regarding a trailer that was not initially included his BK; drafted memo to BB informing her that I organized the information in debtor's file | 0.20 | $100.00 | $20.00 |
| Service | JAC | 09/13/2024 | Review: Proof of Claim 24-50906-KMS Community Bank of Mississippi Document # 14 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/13/2024 | Amend Plan - add missing debt to D, provide treatment. Prepare final plan for ∆ to review & sign | 0.30 | $360.00 | $108.00 |
| Service | JAC | 09/16/2024 | review & respond to email from TT office re: claim not on schedules | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/17/2024 | Review: 24-50906-KMS Motion to Allow Late, Amended, or Supplemental Claim Document# 30 | 0.10 | $360.00 | $36.00 |
| Service | JC | 09/18/2024 | Reviewed Amended Plan executed by debtor; revised through Best Case with date executed by debtor; reviewed POC; drafted Notice of modified plan; drafted memo to JAC to review. | 0.40 | $155.00 | $62.00 |
| Service | JAC | 09/19/2024 | review & respond to email from JC | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 09/20/2024 | Reviewed memo from JAC informing wait until debtor signs Amended Plan to send Notice to her; reviewed Amended Plan signed by debtor; revised in Best Case to add date and e-signature; drafted memo to JAC attaching Notice and Amended Plan for her review. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 09/23/2024 | review & revise notice drafted b JC | 0.20 | $360.00 | $72.00 |
| Service | JC | 09/24/2024 | Prepared Amended Plan for filing with the Court; Prepared Notice for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | TR | 09/26/2024 | Review email from TT re: need for modification - emailed instructions to JC to draft a motion to modify | 0.10 | $360.00 | $36.00 |
| Service | JC | 09/27/2024 | Reviewed Amended Plan, reviewed trustee's site, and reviewed case notes regarding debtor's Jayco travel trailer; drafted Motion to Modify; drafted memo to TR attaching Motion for his review. | 0.50 | $155.00 | $77.50 |
| Service | JC | 10/01/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared Notice with attached Declaration, Motion to Modify, and proposed Order for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/11/2024 | Review: 24-50906-KMS Motion to Increase/Decrease Payment Into Plan Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | BB | 11/13/2024 | Incoming Call: Phone conference with debtor stating he got a letter he needs clarification on. Requested debtor email a copy of the letter with his questions included. Drafted text to debtor providing my email. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/15/2024 | Review email from debtor: Reviewed email from debtor with pictures of letters he received from the court. Debtor stated he does not have the camper in his possession that is mentioned in the letters. Drafted email memo to jc. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/18/2024 | Call Debtor: Reviewed Motion to Increase Plan Payment and Order Modifying Plan; called debtor and informed him that the camper had already been surrendered - informed that is what the Order is showing; reviewed docket; discussed that the Motion was filed before the Order was entered and that the plan payment might not be what | 0.40 | $155.00 | $62.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | the trustee proposed due to surrendering the Jayco travel trailer; discussed that the Order on the trustee's Motion has not been entered yet, so for now, he needs to pay what he has been paying, and that we will see what it ends up being; discussed that he does not know the whereabouts of the camper but that if the creditor asks for the location, he will try to find out; he said a tree fell on it, so it is not in good condition. | | | |
| Service | TR | 11/26/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| **Non-billable services** | | | | | | |
| Service | KR | 07/25/2024 | Reviewed email memo from TR re: Application for Compensation; prepared the Notice, the Application for Compensation and the Invoice for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | JAC | 07/25/2024 | Review: Proof of Claim 24-50906-KMS Quantum3 Group LLC as agent for Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/30/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 08/01/2024 | Review: Proof of Claim 24-50906-KMS Portfolio Recovery Associates, LLC Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | JC | 08/02/2024 | Reviewed memo from VM requesting I call AIS per their request; called AIS, left voicemail for a return call. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 08/08/2024 | In-Office Conference: Setup video and assisted client with Meeting of Creditors - he attended in our Hattiesburg office | 1.00 | $100.00 | $100.00 |
| Service | TR | 08/21/2024 | Review: 24-50906-KMS Order on Application for Compensation Document# 21 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/27/2024 | Review: 24-50906-KMS Minute Entry (CHAP) Document# 25 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/04/2024 | Review: Proof of Claim 24-50906-KMS LVNV Funding, LLC Document # 9 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/04/2024 | Review: 24-50906-KMS Notice of Appearance Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | BB | 09/10/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if he received my | 0.10 | $100.00 | $10.00 |

(Values in the Non-billable services section are struck through.)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email due to the debtor being non responsive. | | | |
| Service | JAC | 09/11/2024 | Review clio memo re: info on debt rec'd | 0.10 | $360.00 | $36.00 |
| Service | JC | 09/24/2024 | Reviewed memo from JAC regarding Amended Plan and Notice; reviewed Amended Plan executed by debtor; revised same through Best Case with date executed by debtor and e-signature; revised Notice; converted to pdf format; prepared Notice and Amended Plan for upload to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Service | TR | 09/26/2024 | Review: 24-50906-KMS Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 33 | 0.10 | $360.00 | $36.00 |
| Service | JC | 09/30/2024 | Reviewed memo from TR regarding Motion to Modify; revised same; drafted memo to TR inquiring if Notice should still be uploaded as he removed it from the document. | 0.20 | $155.00 | $31.00 |
| Service | JC | 09/30/2024 | Reviewed memo from TR regarding Motion to Modify; prepared same for upload to COS.com. | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/05/2024 | Review: 24-50906-KMS Order on Motion to Modify Plan Document# 36 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/11/2024 | Review: 24-50906-KMS 21 Day Notice to File Written Objection or Response Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/18/2024 | Drafted e-mail memo to BB informing the Order Modifying is surrendering the camper - Jayco Jay Flight travel trailer. The Motion to Increase Plan Payment was filed before the Order was entered. The Order is probably going to reduce his payments, while the Motion (if approved) will increase his payments. I told him to wait and see what happens since the two were filed so closely. We discussed finding out where the camper is if the creditor wants to pick it up. He said he will try to find out but that he might need to have us to call if she will not tell him. He said a tree fell on the camper and it is in terrible shape. | 0.10 | $155.00 | $15.50 |

**Services Subtotal** **$1,732.50**

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/25/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $35.72 | $35.72 |
| Expense | 09/24/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| | | | | **Expenses Subtotal** | **$39.91** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.8 | $360.00 | $648.00 |
| Thomas Rollins | Attorney | 1.4 | $360.00 | $504.00 |
| Brooke Brueland | Non-Attorney | 0.6 | $100.00 | $60.00 |
| Jacki Curry | Non-Attorney | 2.7 | $155.00 | $418.50 |
| Kirsten Raimey | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Kerri Rodabough | Non-Attorney | 0.4 | $155.00 | $62.00 |
| | | | **Subtotal** | **$1,772.41** |
| | | | **Total** | **$1,772.41** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6700 | 08/24/2024 | $3,058.09 | $0.00 | $3,058.09 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7275 | 12/27/2024 | $1,772.41 | $0.00 | $1,772.41 |
| | | | **Outstanding Balance** | **$4,830.50** |
| | | | **Total Amount Outstanding** | **$4,830.50** |